E-filing

FILED

JUN 16 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA and JAY GOLDENBERG, Estate Tax Attorney, | ) ) ) | NO. C 06 3734 PVT JF |
|---|---|---|
| Petitioners, | ) ) | ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | ) ) | |
| DALE C. LANDON, | ) ) | |
| Respondent. | ) ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on ___June 12___, 2006, it is hereby:

**ORDERED** that respondent **DALE C. LANDON** appear before this Court on the 18th day of August, 2006, at 9:00 .m., in Courtroom No. 3, 5th Floor, United States District Court, 280 South First Street, San Jose, California, and then and there show cause, if any, why they should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon them as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1      **ORDERED** that within twenty-one (21) days before the return date of this Order,
2      respondents may file and serve a written response to the petition, supported by appropriate
3      affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he
4      desires to make, that the petitioner may file and serve a written reply to such response, if any,
5      within fourteen (14) days before the return date of this Order; that all motions and issues raised
6      by the pleadings will be considered on the return date of this Order, and only those issues raised
7      by motion or brought into controversy by the responsive pleadings and supported by affidavit(s)
8      or declaration(s) will be considered at the return of this Order, and any uncontested allegation in
         the petition will be considered admitted.

9      **ORDERED** this 16th day of _June_, 2006, at San Jose, California.

_[signature]_
UNITED STATES DISTRICT JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS