**E-filed 7/28/06**

1  KEVIN V. RYAN (CSBN 118321)
United States Attorney
2  JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3  Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
    Telephone: (415) 436-7000
6      Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov
7
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JAY GOLDENBERG, Estate Tax Attorney, <br><br>        Petitioners, <br>  v. <br><br>DALE C. LANDON, <br><br>        Respondent. | No. C 06-3734 JF PVT <br><br>PARTIES' STIPULATED REQUEST TO EXTEND DEADLINES AND CONTINUE HEARING AND [~~PROPOSED~~] ORDER <br><br>Date: October 13, 2006 <br>Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY**

**REQUESTED** by and between the parties to this action, as reflected by the signatures of their respective counsel as set forth below, that the deadlines set forth in this Court's Order to Show Cause Re: Enforcement of Internal Revenue Service Summons be extended for a period of sixty-days, and that the hearing on the Order to Show Cause, currently scheduled for August 18, 2006, be continued to October 13, 2006, at 9:00 a.m.  The grounds for this stipulated request are:

     1.    Counsel for the parties have agreed to meet in an effort to resolve this matter without resort to litigation.  Additional time is necessary to effectively prepare for said meeting.

     2.    Continuing these matters is not requested for the purposes of delay.  Rather, the continuance of these dates will allow the parties sufficient time in which to effectively

determine whether this matter can be resolved without litigation.

Accordingly, the parties respectfully request that the Court continue the deadlines set forth in its Order to Show Cause Re: Enforcement of Internal Revenue Service Summons for a period of sixty-days, and that the hearing on the Order to Show Cause, currently scheduled for August 18, 2006, be continued to October 13, 2006, at 9:00 a.m.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: *July 26, 2006*          By:   */s/ Cynthia Stier*
CYNTHIA STIER
Assistant United States Attorney
Attorneys for the United States of America


WOOLSTON & TARTER, P.C.

Dated: *July 26, 2006*                */s/ Tim Tarter*
TIM TARTER (Pro Hac Vice)
Attorney for Respondent

## ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that by September 22, 2006, Respondent may file and serve a written response to the petition, supported by appropriate affidavits(s) or declaration(s) in conformance with 28 U.S.C. §1746, as well as any motion he desires to make, that the petitioner may file and serve a written reply to such response, if any, by September 29, 2006, that all motions and issues raised by the pleadings will be considered at the hearing on October 13, 2006, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the hearing on October 13, 2006, and any uncontested allegation in the petition will be considered admitted.

**IT IS FURTHER HEREBY ORDERED** that the hearing date on the Order to Show Cause, currently scheduled for August 18, 2006, at 9:00 a.m. is continued to October 13, 2006, at

1  9:00 a.m.

Dated:     7/28/06

_____
THE HONORABLE JEREMY FOGEL
United States District Judge